# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK ROBERT FINERAN, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-7151-ILRL-SS** |
| **SCOTTSDALE INSURANCE COMPANY** | |

## REPORT AND RECOMMENDATION

For the reasons described in the order of April 13, 2009 (Rec. doc. 52) on the motion of the defendant, Scottsdale Insurance Company ("Scottsdale"), for contempt, sanctions and request for report and recommending dismissal for failure to prosecute,

IT IS RECOMMENDED that Harriet R. Campbell Young be terminated as counsel of record.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 21st day of April, 2009.

**SALLY SHUSHAN**
**United States Magistrate Judge**