UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK ROBERT FINERAN, et al                          CIVIL ACTION

VERSUS                                               NO: 07-7151-ILRL-SS

SCOTTSDALE INSURANCE COMPANY

## O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Harriet R. Campbell Young is terminated as counsel of record.

New Orleans, Louisiana, this 11th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE